## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                  PLAINTIFF

vs.               NO. 4:12CR00117-001 SWW

FREDDIE MENDOZA                   DEFENDANT

### ORDER

Pending before the Court is defendant's unopposed motion to continue the sentencing hearing previously scheduled September 18, 2013. The Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the motion to continue the sentencing hearing [doc #65] for the above named defendant shall be, and it hereby is, ***GRANTED***. The sentencing hearing is now scheduled for ***THURSDAY, OCTOBER 10, 2013 at 9:00 A.M. in Courtroom #389*** in Little Rock, Arkansas.

IT IS SO ORDERED this 16th day of September 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE