*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                     PLAINTIFF

vs.                                    NO.  4:12CR00117-002  SWW

KELLY JO RIVERA                                                              DEFENDANT

### ORDER

Pending before the Court is defendant's motion to continue the sentencing hearing previously scheduled November 21, 2013.  The government has advised the Court that there is no objection to the continuance.  The Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the motion to continue the sentencing hearing [doc #74] for the above named defendant shall be, and it hereby is, ***GRANTED***.  The sentencing hearing is now scheduled for ***WEDNESDAY, JANUARY 15, 2014 AT 1:00 P.M. in Courtroom #389*** in Little Rock, Arkansas.

IT IS SO ORDERED this 20th day of November 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE